**John M. Thomas**, OSB No. 024691
jthomas@mccarthyholthus.com
McCarthy Holthus, LLP
920 SW Third Ave, First Floor
Portland, OR 97204
Telephone: (971) 201-3203
Facsimile: (971) 201-3202
*Attorneys for Defendants FNMA and Nationstar*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENICE IRLENE WARD, <br><br> Debtor, <br><br>——————————————— <br><br> DENICE IRLENE WARD <br><br> Plaintiff, <br><br> VS. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION and NATIONSTAR MORTGAGE LLC, <br><br> Defendants. | Case No.: 12-33720-tmb13 <br><br> Adv. Proc No.: 19-03107-tmb <br><br> DEFENDANTS FEDERAL NATIONAL MORTGAGE ASSOCIATION and NATIONSTAR MORTGAGE LLC'S MEMORANDUM OF LAW AND WITHDRAWAL OF AFFIRMATIVE DEFENSE |

Defendants Federal National Mortgage Association ("FNMA") and Nationstar Mortgage LLC ("Nationstar") (collectively, "Defendants") submit this Memorandum of Law and Withdrawal of Affirmative Defense, as ordered by the Court at the Pretrial Hearing on December 3, 2019. Based upon further review of the factual and legal background of the case, Defendants hereby withdraw the affirmative defense of lack of subject matter jurisdiction. Defendants find

PAGE 1 – DEFENDANTS FNMA AND NATIONSTAR
MORTGAGE LLC'S MEMORANDUM ON JURISDICTION
OR-19-873513-CV

McCarthy & Holthus, LLP
920 SW 3rd Ave, 1st Floor
Portland, OR 97204
PH: (855) 809-3977
FX: (971) 201-3202

Case 19-03107-tmb    Doc 26    Filed 01/16/20

that the Court's subject matter jurisdiction in this case is a discretionary matter under 28 U.S.C. §1334, and leaves the issue of subject matter jurisdiction to the Court's discretion.

## MEMORANDUM OF LAW

This adversary proceeding arises out of a settlement agreement between Plaintiff and FNMA, and prior loan servicer Seterus, related to Debtor's Motion for Contempt filed in Plaintiff's Chapter 13 Bankruptcy case, U.S. Bankruptcy Court, Case No. 12-33720-PCM13. The Bankruptcy Case was closed on December 7, 2018, following the filing of the Motion for Contempt, and the case was not reopened prior to the filing of this Adversary Proceeding. However, based on the nature of the factual allegations and claims in the adversary complaint, it is not necessary for the Bankruptcy Case to be reopened in order for this Court to have subject matter jurisdiction under 28 U.S.C. §1334. See *Menk v. Lapaglia (In re Menk), 241 B.R. 896, 905-906 (BAP 9th Cir. 1999)*. Rather, the Court has discretion to retain jurisdiction following the closing of the case, based on considerations of judicial economy, convenience, fairness, and comity. *Id.* Therefore, Defendants withdraw the affirmative defense of lack of subject matter jurisdiction. The exercise of subject matter jurisdiction is a matter of the Court's discretion, and Defendants leave this determination to the Court to either exercise jurisdiction or to decline jurisdiction *sua sponte*.

DATED: 01/16/20  **McCarthy & Holthus, LLP**

    s/ John Thomas
John M. Thomas, OSB# 024691
920 SW 3rd Ave, 1st Floor
Portland, OR 97204
Phone: (971) 201-3203
Fax: (971) 201-3202
jthomas@mccarthyholthus.com
*Of Attorneys for FNMA and Nationstar*

PAGE 2 – DEFENDANTS FNMA AND NATIONSTAR MORTGAGE LLC'S MEMORANDUM ON JURISDICTION
OR-19-873513-CV

McCarthy & Holthus, LLP
920 SW 3rd Ave, 1st Floor
Portland, OR 97204
PH: (855) 809-3977
FX: (971) 201-3202

Case 19-03107-tmb    Doc 26    Filed 01/16/20

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing DEFENDANTS FEDERAL NATIONAL MORTGAGE ASSOCIATION AND NATIONSTAR MORTGAGE LLC'S MEMORANDUM OF LAW AND WITHDRAWAL OF AFFIRMATIVE DEFENSE upon the following parties in the manner indicated below on this Thursday, January 16, 2020 as follows:

**VIA ECF**:

**Alexzander C.J. Adams**
**Noah C. Bishop**
Law Offices of Alexzander C.J. Adams, P.C.
14705 SW Millikan Way
Beaverton, OR 97006

**VIA US MAIL:**

**Marc E. Dann**
DannLaw
PO Box 6031040
Cleveland, OH 44103

DATED: 01/16/20

                                        MCCARTHY & HOLTHUS LLP

                                        s/ John Thomas
                                        John Thomas, OSB. No 024691
                                        Email: jthomas@mccarthyholthus.com
                                        920 SW Third Ave, First Floor
                                        Portland, OR 97204
                                        Telephone: (971) 201-3203
                                        Facsimile: (971) 201-3202
                                        *Of Attorneys for FNMA and Nationstar*

PAGE 3 – DEFENDANTS FNMA AND NATIONSTAR MORTGAGE LLC'S MEMORANDUM ON JURISDICTION
OR-19-873513-CV

McCarthy & Holthus, LLP
920 SW 3rd Ave, 1st Floor
Portland, OR 97204
PH: (855) 809-3977
FX: (971) 201-3202

Case 19-03107-tmb    Doc 26    Filed 01/16/20